IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTINE B.,**

        Plaintiff,

v.

**COMMISSIONER SOCIAL SECURITY ADMINISTRATION,**

        Defendant.

Civ. No. 1:22-cv-0119-CL

**JUDGMENT**

MARK D. CLARKE, Magistrate Judge.

    For the reasons provided in the Opinion and Order [18] the Commissioner's decision is REVERSED and REMANDED to the Commissioner of Social Security.

    DATED this 8th day of September, 2023.

                           /s/ Mark D. Clarke
                           MARK D. CLARKE
                           United States Magistrate Judge