IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTINE L. BOND,

    Plaintiff,

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 1:22-cv-01119-CL

ORDER GRANTING
ATTORNEY FEES
UNDER 28 U.S.C. § 2412

**CLARKE**, Magistrate Judge.

Based upon the parties' agreement, it is ORDERED that attorney fees in the amount of $12,225.15 are hereby awarded to Plaintiff's attorney, Laurie B. Mapes, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The court finds that this is a reasonable fee in light of the circumstances in this case. The attorney fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check for attorney fees shall be made payable to Plaintiff's attorney, Laurie B. Mapes. If Plaintiff has such a debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff. The check, regardless of the named payee, shall be mailed to Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose, Oregon, 97056.

DATED this 21 day of December, 2023.

                                       MARK D. CLARKE
                                       United States Magistrate Judge